**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

TRACY CORMIER,                          :

       Plaintiff                        :          CIVIL ACTION NO. 3:19-1671

       v.                               :                  (JUDGE MANNION)

CRESTWOOD SCHOOL DISTRICT     :
and JOSEPH GORHAM,

                            :

       Defendants

## ORDER

AND NOW, in accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Cormier's motion to strike, (Doc. 11), is **DENIED**;

**(2)** Defendants' motion to dismiss Count 3 of the Complaint, (Doc. 8), is **GRANTED**, and Count 3 of the Complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 23, 2020**
19-1671-01-ORDER