UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TRACY CORMIER,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-1671 |
| v. | : | (JUDGE MANNION) |
| **CRESTWOOD SCHOOL DISTRICT**, *et al.*, | : | |
| | : | |
| Defendants | | |

# ORDER

In accordance with this Court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

**(1)** The defendants' motion for summary judgment, (Doc. 35), is **GRANTED**, with respect to Counts I and II of the complaint; insofar defendants request to strike punitive damages in Counts I and II of the complaint, such request is **DISMISSED as moot**.

**(2)** As no claims remain, the Clerk of the Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: June 27, 2022
19-1671-03-ORDER